UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Elizabeth Uelsmann Figueroa, *individually and doing business as* El Tomaria Paso Finos<br>    Plaintiff,<br><br>vs.<br><br>MGM Paso Finos, LLC, *an Illinois Limited Liability Company,* et al.,<br>    Defendants. | Case No. 4:17-cv-1677 UNA |

## ORDER

The above styled and numbered case was filed on June 16, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:17-cv-00102.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-1677UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: June 16, 2017            By: /s/ Michele Crayton
                                    Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:17cv00102 SNLJ.**